# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

---

## NOTICE OF INTENT TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO
PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE:   ELAINE CAROL BROWN
       613 E. SUNSET DR. NORTH
       REDLANDS, CA 92373

IN THE MATTER OF:
ELAINE CAROL BROWN
613 E. SUNSET DR. NORTH
REDLANDS, CA  92373

DATE: 5/19/2011

Case No. 6:10-bk-51235-MJ

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CRED CLASS | TRUSTEE CLAIM# |
|---|---|---|---|---|---|---|
| 03 | LOAN MART | $5,902.00 | PAID OUTSIDE | 1175 | S | 1 |
| 09 | BAC HOME LOANS SERVI | $19,207.00 | $15,509.96 | 6975 | E | 3 |
| 10 | BAC HOME LOANS SERVI | $124,177.00 | $134,874.77 | 7071 | U | 4 |
| 01 | WESCOM CREDIT UNION | NOT SCHEDULED | $0.00 | 7417-02 | S | 5 |
| 01 | WESCOM CREDIT UNION | NOT SCHEDULED | PAID OUTSIDE | 7417-02 | S | 5 |
| 04 | INTERNAL REVENUE SER | $337.00 | $352.48 | 1175 | P | 6 |
| 05 | FIRST HAWAIIAN BANK- | NOT SCHEDULED | $39,309.32 | 1175 | U | 7 |
| 02 | WESCOM CREDIT UNION | NOT SCHEDULED | $11,165.18 | 7417-CC | U | 8 |
|  | WILLIAM KOFFMAN | $6,000.00 | NOT FILED | 1175 | U | 9 |
| 06 | FIRST HAWAIIAN BANK- | NOT SCHEDULED | $8,440.30 | 1175 | U | 10 |
| 07 | GCFS Inc. | NOT SCHEDULED | $17,007.27 | 0001/8743 | S | 11 |
| 08 | AMERICAN EXPRESS | NOT SCHEDULED | $17,687.88 | 3008 | U | 12 |
| 04 | INTERNAL REVENUE SER | NOT SCHEDULED | $106.27 | 1175 | U | 10006 |

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE
TRUSTEE, CALL YOUR ATTORNEY. THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT
TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW,
THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT
FILED," "PAID OUTSIDE" OR "NOTICE ONLY."

/s/
Rod Danielson, Chapter 13 Trustee

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:10-bk-51235-MJ**

---

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:  5/19/2011

/s/
_____
PAULETTE ROSELI

---

PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

Executed on 5/19/2011 at Riverside, California.

/s/
_____
PAULETTE ROSELI

---

ELAINE CAROL BROWN
613 E. SUNSET DR. NORTH
REDLANDS, CA  92373

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA  92653